KAISER, Appellant, vs. OLMSTED and another, Respondents.

For the appellant: *Leonard F. Schmitt* of Merrill.

For the respondents: *Bird, Smith, Okoneski & Puchner* of Wausau.

*By the Court.*—Judgment affirmed.

GEORGE, Appellant, vs. NORTH AMERICAN ACCIDENT INSURANCE COMPANY, Respondent.

For the appellant: *Edward M. Goemans* of Milwaukee.

For the respondent: *Anderson, Donovan & Steinle* of Milwaukee.

*By the Court.*—Judgment affirmed.